NEWMAN, J., joins this concurring and dissenting opinion.

**MARS AREA SCHOOL DISTRICT,**
Petitioner,

v.

**UNITED PRESBYTERIAN WOMEN'S ASSOCIATION OF NORTH AMERICA, Respondent.**

**MARS AREA SCHOOL DISTRICT,**
Petitioner,

v.

**UNITED PRESBYTERIAN WOMEN'S ASSOCIATION OF NORTH AMERICA, County of Butler, Respondent.**

Supreme Court of Pennsylvania.

May 22, 1998.

***ORDER***

PER CURIAM:

AND NOW, this 22nd day of May, 1998, the Petition for Allowance of Appeal is hereby GRANTED. Oral argument will be limited to the following issue:

Whether the Commonwealth Court and the Court of Common Pleas erred in finding that UPWA qualified as a purely public charity in that UPWA relieved the government of some of its burden.